# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of July, two thousand and nineteen.

Before: José A. Cabranes,
       Peter W. Hall,
          *Circuit Judges,*
       Timothy C. Stanceu,
          *Judge.*\*

_____

Gustavia Home, LLC,

       Plaintiff-Counter-Defendant-Appellee,

v.

Yvette Hoyer, Shauna M. Paul,

       Defendants-Counter-Claimants-Appellants,

_____

**ORDER**

Docket No. 19-471

Appellants filed a pro se motion for a stay of the sale of their property pending appeal.

IT IS HEREBY ORDERED that the motion is construed as a motion for reconsideration of this Court's order dated May 17, 2019 and is hereby DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

_____

\* Chief Judge Timothy Stanceu, of the United States Court of International Trade, sitting by designation.

CERTIFIED COPY ISSUED ON 07/18/2019