UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand and nineteen.

_____

Gustavia Home, LLC,

       Plaintiff-Counter-Defendant-Appellee,

v.

Yvette Hoyer, Shauna M. Paul,

       Defendants-Counter-Claimants-Appellants,

United States Internal Revenue Service, et al.,

       Defendants.

_____

**ORDER**

Docket No. 19-471

By notice filed July 25, 2019, Appellee Gustavia Home, LLC advised this Court that Appellant Yvette Hoyer filed a bankruptcy proceeding in the United States Bankruptcy Court for the Eastern District of New York on July 18, 2019.

In accordance with the stay provisions of the Bankruptcy Code, 11 U.S.C. § 362,

It is hereby ORDERED that this appeal is stayed.

Appellant Yvette Hoyer is directed to inform this Court, in writing, as to the status of the automatic stay, within 14 days of the date of this order, thereafter at 30-day intervals, and immediately when the stay is lifted or when there are other developments in the bankruptcy proceeding which permit this matter to proceed or otherwise be resolved.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/30/2019