UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| GUSTAVIA HOME, LLC, | Case No.: 16-CV-4015 (PKC) (VMS) |
| Plaintiff, | |
| - against - | **NOTICE OF APPEARANCE** |
| YVETTE HOYER; SHAUNA M. PAUL; UNITED STATES OF AMERICA/INTERNAL REVENUE SERVICE; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; CITY OF NEW YORK DEPARTMENT OF TRANSPORTATION PARKING VIOLATIONS BUREAU; CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD AND JOHN DOE "1" through "12", said persons or parties having or claimed to have a right, title or interest in the mortgaged premises herein, their respective names are presently unknown to Plaintiff, | |
| Defendants. | |

------------------------------------------------------------------------x

Notice is hereby given of the entry of the undersigned as counsels for the defendant, SHAUNA M. PAUL, in the above-entitled action. Pursuant to Fed. R. Civ P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon the undersigned at the address indicated below.

Dated: August 22, 2019

KEVIN KERVENG TUNG, P.C.
*Attorneys for Shauna M. Paul*

/s/ Kevin Tung
By: Kevin K. Tung, Esq. (KT-1478)
136-20 38th Ave., Suite 3D
Flushing, New York 11354
ktung@kktlawfirm.com
(718) 939-4633