UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

GUSTAVIA HOME, LLC,                                                    Case No.: 16-CV-4015 (PKC) (VMS)

                                            Plaintiff,

            - against -

YVETTE HOYER; SHAUNA M. PAUL; UNITED                    **NOTICE OF MOTION TO**
STATES OF AMERICA/INTERNAL REVENUE                      **WITHDRAW**
SERVICE; NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE; CITY OF NEW YORK
DEPARTMENT OF TRANSPORTATION PARKING
VIOLATIONS BUREAU; CITY OF NEW YORK
ENVIRONMENTAL CONTROL BOARD AND JOHN
DOE "1" through "12", said persons or parties having or
claimed to have a right, title or interest in the mortgaged
premises herein, their respective names are presently
unknown to Plaintiff,

                                            Defendants.
------------------------------------------------------------------------x

            **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Zheng Gao, Esq.,

the undersigned respectfully move to withdraw as attorney of record for defendant, SHAUNA M.

PAUL, pursuant to Local Civil Rule 1.4. This request is being made as the undersigned will no

longer be associated with KEVIN KERVENG TUNG, P.C. ("KKT"). No parties will be prejudiced

in this matter as KKT will continue their representation as lead counsel of Plaintiff.

Dated: February 21, 2020

                                            Respectfully submitted,

                                            /s/ Zheng Gao
                                            Zheng Gao, Esq.