UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

GUSTAVIA HOME, LLC

                                        Plaintiff,

-against-

YVETTE HOYER; SHAUNA M. PAUL; UNITED STATES OF AMERICA/INTERNAL REVENUE SERIVCE; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; CITY OF NEW YORK DEPARTMENT OF TRANSPORTATION PARKING VIOLATIONS BUREAU; CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD, AND JOHN DOE "1" THROUGH "12",

                                          Defendants.

---------------------------------------------------------------x

Case No.: 1:16-cv-04015-PKC-VMS

**AFFIRMATION OF MAILING**

I, Margaret Gangi affirm this 19th day of April, 2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law:

1.     That on April 19, 2024, affirmant served the within docket order filed April 17, 2024 at 8:03 PM EST, by Overnight Mail and by First Class Mail by depositing true copies thereof in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following persons at the last known address set forth after each name:

Alexander Krul
Petroff Amshen LLP
*Counsel for Defendants Yvette Hoyer and Shauna M. Paul*
1795 Coney Island Avenue, 3rd Floor
Brooklyn, NY 11230

Nigel Edwin Blackman, Esq.
*Counsel for Defendants Yvette Hoyer and Shauna M. Paul*
1557 Buford Dr., #491930
Lawrenceville, GA 30049

1

UNITED STATES OF AMERICA/INTERNAL REVENUE SERVICE
Beth Patricia Schwartz
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
Harriman Campus Rd
Albany, NY 12227

CITY OF NEW YORK DEPARTMENT OF TRANSPORTATION PARKING VIOLATIONS BUREAU
100 Church Street, 1st Floor
New York, NY 10007

CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD
66 John St #10
New York, NY 10038

Jane Smith - Name Refused
361 Vernon Avenue Brooklyn
New York 11206

John Doe "1" through "12"
361 Vernon Avenue
Brooklyn, New York 11206

Jane Doe "1" through "12"
361 Vernon Avenue
Brooklyn, New York 11206

*Margaret Gangi* (signature)
Margaret Gangi