

† New York 2nd Dept Appellate Division
† Federal District Court of the Eastern District of New York
† Federal District Court of the Southern District of New York
† Republic of Guyana

**New York**
11 Broadway, Suite 615
New York, NY 10004
Main Tel: (718) 576-1646
inquiry@eastbrooklegal.com
www.eastbrooklegal.com

**Guyana**
165 Waterloo St.
North Cummingsburg,
Georgetown, Guyana
(592) 703-2889
inquiry@eastbrooklegal.com

Main Mailing Address: 1557 Buford Dr., 491930, Lawrenceville, GA 30049

June 6, 2025

The United States District Court
Hon. Pamela K. Chen
225 Cadman Plaza East,
Brooklyn, NY 11201

                Re:    Gustavia Homes -v- Yvette Hoyer et al
                      16-cv-04015-PKC-VMS

Dear Hon. Judge Chen,

    Please accept my sincerest apologies to the court and counsels regarding the failure to respond to the court and/or any other communications that may have been sent to me. The lack of response was not due to an intentional disregard to the communications. The issue of the lack of responsiveness came to my attention only this week when the Defendant called me and notified me of the issue.

    Last year I became ill forcing me to seek medical attention, therapy and counselling. As a result of my illness, I was forced to reduce my caseload with the intention of bringing my practice to a halt this year. In furtherance of this plan, I asked the Defendant to hire a new attorney so that I could focus on my health, while minimizing my practice. My last communication with her before this week was last year, when she had indicated that she would hire another attorney, and asked me to send over all files for her case(s), which I did, and as such, I assumed that the Defendant had hired a new attorney to assist her in all the case(s). It has only come to my attention this week that no new attorney was, in fact, hired in the instant case. As a result of my prior supposition, I took this case off of my active case roster; therefore, any further electronic communications from pacer, with regards to the EDNY District Court were not addressed by me or given any attention. Clearly this has been my error in judgment; and was not designed to intentionally disrespect the court's directives.

    In addressing the Notice to my client(s), the court has notice that the Defendants have been thoroughly notified of the court's Order. I shall additionally be providing any and all responsive papers on behalf of the defendants.

Respectfully

*[signature]*

Nigel E. Blackman, Esq.